JONATHAN MCNEIL WONG, #112224
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Mail: P.O. Box 12979
   Oakland, California 94604-2979

Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Defendants
RICK DUDUM, JEFF DUDUM, AND
MARY DUDUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICK DUDUM; JEFF DUDUM; MARY DUDUM; OFELIA ABAYA dba BO'S BARBECUE AND CATERING RESTAURANT; BO MCSWINE; ANTHONY LUKASZEWSKI; MAUREEN LUKASZEWSKI; and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | CASE NO. C07-00888 BZ<br><br>**STIPULATION TO CONTINUING JURISDICTION AND ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff DERRICK ROSS and defendants RICK DUDUM, JEFF DUDUM, MARY DUDUM, OFELIA ABAYA dba Bo's Barbecue and Catering Restaurant; BO McSWINE; ANTHONY LUKASZEWSKI; and MAUREEN LUKASZEWSKI, through their respective counsel, as follows:

1. The parties have reached a settlement of all of plaintiff's monetary claims in this action, including plaintiff's claims for damages, attorneys' fees, litigation expenses, and costs. The agreement requires defendants to comply with certain obligations within sixty days of its execution. The parties' agreement further provides that this action shall be dismissed upon defendants' compliance with their obligations under the settlement agreement, subject to the continuing jurisdiction provisions of the Consent Decree entered into and filed in this action on February 25, 2008. Each party consents to the continuing jurisdiction of the court pending defendants' completion of their obligations under the settlement agreement.

3. The parties stipulate that this action may be dismissed, subject to the continuing jurisdiction provisions of the Consent Decree entered into and filed in this action on February 25, 2008, within sixty days of the date of this order unless, prior to that time, any party serves and files notice of a breach of the settlement agreement, in which case the action shall not be dismissed as to any party.

4. This stipulation does not affect the provisions of the Consent Decree filed in this case on February 25, 2008, including its continuing jurisdiction provisions.

IT IS SO STIPULATED:

Dated: February 5, 2008                LAW OFFICES OF PAUL L. REIN

                                       By: /s/ Julie Ostil
                                       Julie A. Ostil
                                       Attorneys for Plaintiff
                                       DERRICK ROSS

| | | |
|---|---|---|
| 1 | Dated: February 5, 2008 | DONAHUE GALLAGHER WOODS LLP |
| 2 | | |
| 3 | | By:/s/ *Jonathan McNeil Wong* |
| 4 | |    Jonathan McNeil Wong<br>   Attorneys for Defendants<br>   RICK DUDUM, JEFF DUDUM, AND MARY |
| 5 | |    DUDUM |
| 6 | Dated: February 6, 2008 | McNAMARA, DODGE ,NEY, BEATTY,<br>SLATTERY, PFALZER, BORGES & BROTHERS |
| 7 | | |
| 8 | | |
| 9 | | By:_____ |
| 10 | |    Lisa R. Roberts<br>   Attorneys for Defendants<br>   OFELIA ABAYA dba Bo's Barbecue and Catering |
| 11 | |    Restaurant and BO McSWINE |
| 12 | Dated: February 6, 2008 | LAW OFFICES OF J. SCOTT MCKAY |
| 13 | | |
| 14 | | By:_____ |
| 15 | |    J. Scott McKay<br>   Attorneys for Defendants<br>   ANTHONY AND MAUREEN LUKASZEWSKI |

| | | |
|---|---|---|
| 1 | Dated: Januaryr ___ 2008 | DONAHUE GALLAGHER WOODS LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Jonathan McNeil Wong<br>Attorneys for Defendants |
| 5 | | RICK DUDUM, JEFF DUDUM, AND MARY<br>DUDUM |
| 6 | Dated: ~~January~~ *Feb.* 6 2008 | McNAMARA, DODGE, NEY, BEATTY,<br>SLATTERY, PFALZER, BORGES & BROTHERS |
| 7 | | |
| 8 | | By: /s/ Lisa R. Roberts |
| 9 | | Lisa R. Roberts |
| 10 | | Attorneys for Defendants<br>OFELIA ABAYA dba Bo's Barbecue and Catering |
| 11 | | Restaurant and BO McSWINE |
| 12 | Dated: January ___, 2008 | LAW OFFICES OF J. SCOTT MCKAY |
| 13 | | |
| 14 | | By:_____ |
| 15 | | J. Scott McKay<br>Attorneys for Defendants<br>ANTHONY AND MAUREEN LUKASZEWSKI |

| | | |
|---|---|---|
| 1 | Dated: Januaryr ___ 2008 | DONAHUE GALLAGHER WOODS LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Jonathan McNeil Wong<br>Attorneys for Defendants |
| 5 | | RICK DUDUM, JEFF DUDUM, AND MARY DUDUM |
| 6 | Dated: January ___ 2008 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS |
| 7 | | |
| 8 | | |
| 9 | | By:_____<br>Lisa R. Roberts |
| 10 | | Attorneys for Defendants<br>OFELIA ABAYA dba Bo's Barbecue and Catering |
| 11 | | Restaurant and BO McSWINE |
| 12 | Dated: ~~January~~ *February 6*, 2008 | LAW OFFICES OF J. SCOTT MCKAY |
| 13 | | |
| 14 | | By: /s/ Scott McKay |
| 15 | | J. Scott McKay<br>Attorneys for Defendants<br>ANTHONY AND MAUREEN LUKASZEWSKI |

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** Jurisdiction is retained for one year.

Dated: March 5, 2008

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



-3-

STIPULATION TO CONTINUING JURISDICTION AND ORDER  CASE No. C07-00888 BZ